# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

––––––––––––––––––––––––––––––

No. 1D2026-1123

––––––––––––––––––––––––––––––

DOUGLAS JAMES YOUNG JR,

Petitioner,

v.

TIMOTHY REGISTER, TOMMY FORD, DEPT. OF CHILDREN AND FAMILY, SHANE VANN, STATE OF FLORIDA, LARRY BASFORD, KENNETH DAFFIN, JEFFREY MOORE, ANDREW EPPLING, ANDREW MCGINLEY, JAMES UTHMEIER,

Respondents.

––––––––––––––––––––––––––––––

Petition for Writ of Quo Warranto—Original Proceedings.

July 1, 2026

PER CURIAM.

DISMISSED as unauthorized. *See Logan v. State*, 846 So. 2d 472, 479 (Fla. 2003) (holding that generally, a criminal defendant cannot proceed pro se while represented by counsel).

LEWIS, RAY, and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Douglas James Young, Jr., pro se, Petitioner.

James Uthmeier, Attorney General, and Claudia P. Humphrey, Assistant Attorney General, Tallahassee, for Respondents.